IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAROL MASKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:10cv457-MEF |
| ) | (WO) |
| THE CONE COMPANY, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| CATHY McGALLIARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:10cv458-MEF |
| ) | (WO) |
| THE CONE COMPANY, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On February 24, 2011, the defendants filed motions to strike the plaintiffs' evidentiary submissions in opposition to their motions to dismiss. (Doc. Nos. 33 & 34.) The evidentiary submissions submitted as attachments to the plaintiffs' Responses (Doc. Nos. 31 & 32) are not necessary to reach a determination with respect to the defendants' motions to dismiss pursuant to Federal Rule Civil Procedure 12(b)(6). Accordingly, it is

ORDERED that the motions to strike the materials attached to the plaintiffs' Responses be and are hereby GRANTED and that the attachments to the plaintiffs' Responses be and are hereby STRICKEN.

DONE this the 30th day of September, 2011.

/s/ Mark E. Fuller<br>UNITED STATES DISTRICT JUDGE